Dismissed and Memorandum Opinion filed June 23, 2005









Dismissed and Memorandum Opinion filed June 23, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00399-CV

____________

 

HABIBOLLAH
YAZDCHI, Appellant

 

V.

 

FROST NATIONAL
BANK, Appellee

 



 

On Appeal from
County Civil Court at Law No. 3

 Harris County, Texas

Trial Court Cause No.  823,238 

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment allegedly signed January
27, 2005.

Appellant filed a motion to dismiss the appeal.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed June 23, 2005.

Panel consists of Justices
Edelman, Seymore, and Guzman.